AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

**V.**

John Doe a/k/a Vinson Duke Robinson Mangos, Jr.

### CRIMINAL COMPLAINT

CASE NUMBER: O3- 1772-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ May 23, 2003 _____ in _____ Worcester _____ county, in the _____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

willingfully and knowingly made false statements in an application for a U.S. Passport, and did, with the intent to deceive, falsely represent a social security number to be his own

in violation of Title 18 and 42 United States Code, Section(s) 1542 and 408 (a)(7)(B) .

I further state that I am a(n) Special Agent USDSS and that this complaint is based on the following
Official Title
facts:

See affidavit of Special Agent Michele Collins attached hereto.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Michele Collins
Special Agent, USDSS

Sworn to before me and subscribed in my presence,

11-21-03  at  Cotuit, MA.
Date                                                          City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE _____
Name & Title of Judicial Officer                                          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.