# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE    **REV. 1/90**

IN UNITED STATES    ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

|_____ VS. _D̲w̲A̲y̲N̲E̲_D̲A̲V̲i̲d̲s̲o̲n̲___ FOR _____|

| LOCATION NUMBER |

PERSON REPRESENTED (Show your full name)

**DwAyNE ANThoNy DAVIDSON**

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)_____

DOCKET NUMBERS

Magistrate

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box → )   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed

Name and address of employer: **SANdrd BryAN 155ᴬ ChANdler St. woicest.**

IF YES, how much do you earn per month? $ **600**

IF NO, give month and year of last employment How much did you earn per month $_____

If married is your Spouse employed? ☐ Yes ☑ No

IF YES, how much does your Spouse earn per month $_____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ **5.00**

SOURCES **Barbering – Personal – family**

**CASH**

Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No   IF YES, state total amount $ [illegible]

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE $_____    DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| **250 Per Month** | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |
| | | $_____ | $_____ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

► *Dwayne Davidson*

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.