UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

2003 DEC -8  A 11: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Case No. 03-1772-CBS |
| | ) |
| JOHN DOE, | ) |
| a/k/a | ) |
| Vinson Duke Robinson Mangos, Jr., | ) |
| a/k/a Dewayne Davidson | ) |
| | ) |
| Defendant | ) |
| | ) |

## DEFENDANT'S WAIVER OF PROBABLE CAUSE HEARING AND CONSENT TO ORDER OF DETENTION

Defendant, by his counsel, John Wall, Esq., hereby waives his right to a probable cause hearing in the above-captioned matter and consents to an Order of detention, reserving his right to a detention hearing at some future time.

Respectfully submitted,

Dewayne Davidson
Defendant

By: _John M. Hodgens, Jr._
for John Wall, Esq.
Counsel for Defendant

ss. Worcester

## CERTIFICATE OF SERVICE

I, John Wall, Esq., counsel for Defendant, hereby certify that a copy of the foregoing was served by hand upon below-named counsel on this the 8th day of December, 2003.

_John M. Hodgens, Jr._
for John Wall, Esq.
Counsel for Defendant

John M. Hodgens, Jr.
Assistant U.S. Attorney
595 Main Street, 2nd Floor
Worcester, MA 01608